# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CARNEICE KATHRINE HALL-JOHNSON,** <br> Plaintiff, <br> vs. <br> **GOLDEN GATE REGIONAL CENTER INC., ET AL.,** <br> Defendants. | CASE NO. 19-cv-04177-YGR <br><br> **ORDER GRANTING MOTION FOR LEAVE TO FILE AMENDED COMPLAINT** <br><br> Re: Dkt. No. 8 |

The Court is in receipt of plaintiff's motion for leave to file an amended complaint to reflect the proper spelling of defendant Tessa Garvey's surname. (Dkt. No. 8.) Because plaintiff sought to amend before any defendant was served in this case, plaintiff is entitled to amend as of right under Federal Rule of Civil Procedure 15(a). Accordingly, plaintiff's motion is **GRANTED**. The version of the complaint attached to plaintiff's motion shall be the operative first amended complaint going forward.

This Order terminates Docket Number 8.

**IT IS SO ORDERED.**

Dated: October 8, 2019

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**