# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CARNEICE KATHRINE HALL-JOHNSON,**<br><br>    Plaintiff,<br><br>    vs.<br><br>**GOLDEN GATE REGIONAL CENTER INC., ET AL.,**<br><br>    Defendants. | CASE NO. 19-cv-04177-YGR<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE** |

This case was previously set for a case management conference on October 21, 2019. (Dkt. No. 4.) However, service on defendants Golden Gate Regional Center Inc. and Tessa McGarvey by the U.S. Marshal of the Northern District of California is currently pending. Accordingly, the Case Management Conference set for October 21, 2019 is hereby **VACATED**. The Court will reset the Case Management Conference once service has been completed and pleadings are set.

**IT IS SO ORDERED.**

Dated: October 15, 2019

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**