# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CARNEICE KATHRINE HALL-JOHNSON,** <br> Plaintiff, <br> vs. <br> **GOLDEN GATE REGIONAL CENTER INC., ET AL.,** <br> Defendants. | CASE NO. 19-cv-04177-YGR <br><br> **ORDER GRANTING MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT** <br><br> Re: Dkt. No. 30 |

The Court has received plaintiff's motion for leave to file a first amended complaint. (Dkt. No. 30.) Good cause appearing, the Court **GRANTS** the motion. The first amended complaint filed at docket number 30-1 is deemed filed.

This Order terminates Docket Number 30.

**IT IS SO ORDERED.**

Dated: March 20, 2020

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**